Case 10-26552-TPA    Doc 377    Filed 07/27/16    Entered 07/27/16 14:47:05    Desc Main
Document    Page 1 of 1

FILED
7/27/16 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Ruth D. Cacic,<br>　　　　Debtor<br><br>Eric E. Bononi, Trustee<br>　　　　Movant<br><br>　　v.<br><br>No Respondents | Bankruptcy No.: 15-22702-GLT<br>Chapter 7<br><br>Related to Dkt. No. 30<br>(Also Relates to Docket Entry Made 9/15/2015) |

## NOTICE OF WITHDRAWAL

To: Michael R. Rhodes, Clerk of Courts

PLEASE TAKE NOTICE that the Trustee withdraws his Report of No Distribution filed on Tuesday, September 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  July 21, 2016　　　　　　　　　　　　 /s/ *Eric E. Bononi*
　　　　　　　　　　　　　　　　　　　　　　 Eric E. Bononi, Trustee
Prepared By:　　　　　　　　　　　　　　　　 20 N. Pennsylvania Ave, Suite 201
Eric E. Bononi　　　　　　　　　　　　　　　　Greensburg, PA  15601
　　　　　　　　　　　　　　　　　　　　　　 (724) 832-2499
　　　　　　　　　　　　　　　　　　　　　　 bankruptcy@bononilaw.com
　　　　　　　　　　　　　　　　　　　　　　 PA ID# 44730

SO ORDERED
July 27, 2016

_____
GREGORY L. TADDONIO    cgt
U.S. Bankruptcy Judge